CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

JAN 18 2024

LAURA A. AUSTIN, CLERK
BY: /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

__Ballou__
District Judge
(Assigned by Clerk's Office)

__Sargent__
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. __7:24-CV-00051__
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under
CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)

__Anthony Wade Nelligar__      __125128__
Plaintiff Name                  Inmate No.

v.

__Officer C. Bailey   9320 Merrimac Trail Williamsburg Va. 23185__
Defendant Name & Address

__Major Little   9320 Merrimac Trail Williamsburg Va 23185__
Defendant Name & Address

__Lieutenant L. Richardson   9320 Merrimac Trail Williamsburg Va. 23185__
Defendant Name & Address

__Captain Wynn   9320 Merrimac Trail Williamsburg Va. 23185__
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT. TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

*********************************************************************

A. **Where are you now?** Name _and_ Address of Facility:

__VA. Peninsula Regional Jail   9320 Merrimac Trail, Williamsburg, Va. 23185__

B. Where did this action take place?

Va Peninsula Regional Jail F pod 1/03/24 @ 09:08 AM

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

____ Yes    √ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

____ Yes    √ No

1. If your answer is Yes, indicate the result:

_____

No access to tablet, they put me in the Hole (R/H)

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

OFC. C Bailey Assaulted me by shoving me so hard I flew 10 feet and hurt my neck causing injury + pain. He openly admitted pushing me and lied about

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

Major Little shown deliberate indifference she is head of Security + would have viewed the video footage. She saw the assault and

Additional Supporting facts Addendum

Claim 1 continued:
... the events that happened before he pushed me. He was purposely agitating me by opening my door. I asked him repeatedly to close my cell door and take me out of group. He stated he came to assist the door, when in fact the door had been assisted closed by an inmate, but he had to open it one more time trying to be funny. He was making the other inmates laugh & humiliating me. He violated my rights/civil rights by using excessive force and deliberate indifference, being the instigating factor. The camera will show that he came to me & confronted me in the middle of the pod and assaulted me because I cursed him. I am roughly 165 pounds. Ofc. Bailey is 6'5" and about 280 pounds. He was not in fear or threatened. He lost his temper & ~~too~~ putting his hands on me, injuring me and being unprofessional. I also have the report where he acknowleges shoving me.

Claim 2:
..... had a roll in covering it up. Lt. L Richardson had a roll in covering up the assault because he falsely reported what he saw on camera stating "he appeared to be at risk" and used "Minimal force". Ofc Bailey came towards me & shoved me & Richardson saw it on video. Captain Wynn shown deliberate indifference by taking my priveleges. He and

Major Little placed me on 23 and 1 (lockdown 23 hours a day, no tablet use which means no access to Law library) And 24 hr a day lockdown Saturday + Sundays)

All in all OFC Bailey Assaulted me, after provoking me by playing with my door. To be fair, before ruling, I ask that the POD (F POD) video footage be viewed by magistrate Judge and or jurors. It will show that OFC. Bailey was safe behind his desk and yellow caution line. It will show he came towards me in the middle of the pod and shoved me. It will also show that yes the door was jammed open, but another inmate came and secured it. There was no need for OFC. Bailey to come from behind desk. But to be funny he opened the door once more to agitate me and cause a scene for other inmates to laugh at him. OFC. Bailey is un-professional and very immature. He definitely caused injury physically + mentally. I'm in fear of him and the fact his superiors covered his assault up. The Dr. had to give me flexorall + Ibuprofen for my sprained/crinked neck.
Thank you for investigation and allowing my Due process.

Anthony Kelly

# Incident Report

| | | |
|---|---|---|
| **Incident #:** 230003682 | **Creator:** C. Bailey | **Date:** 01/03/2024 09:42 |
| **Status:** CLOSED | **Closed By:** L. RICHARDSON | **Closed Date:** 01/03/2024 00:00 |
| **Cell:** | **Location:** F Hsg | |

## Category
Major

## Force Used
Defensive Tactics
Handcuffs

## Subjects
2302376 - NELLIGAR, ANTHONY WADE

## Details

Creating Officer: C. Bailey  Time: 01/03/2024 10:26 / Updating Officer: C. Bailey  Time: 01/03/2024 12:55

On January 3, 2024 at approximately 09:08 I Ofc. Bailey was in my assigned unit Fox Housing; when Inmate Anthony Nelligar 125128 became very aggressive, because his cell door would not shut. Nelligar began yelling and cursing because the cell door would not shut no matter how many time i hit the control button.

I stepped away from the control panel to assist the door Nelligar exited (cell 120). Nelligar began walking towards me aggressively with his arms waving, and he is yelling and using profanity. He entered into my personal space and I felt threatened; for my safety. I pushed the inmate with both hands and open palms against his chest. The inmate fell to the ground on his buttocks. He inmate quickly jumped up and began to approach me aggressively, I took a defensive posture, the inmate stopped but continue yelling. I gave him multiple directives to step in his assigned cell and he finally walked into his cell.

At approximately 09:10 I requested Lt. Richardson to 10-25 (report in person) Fox Housing.

Nurse Gibbs had entered the pod for "Med-pass," therefore I opened cell 120 Nelligar for med-pass and he walked straight into the vestibule pushing pass the Nurse. I then secured the Nurse in the pod and waited for Charlie I (Lt. Richardson).

At approximately 09:15 Nelligar was escorted to Medical by Maj. Little, Cpt. Wynne, Lt. Richardson and Sgt. Mines.

I am charging Nelligar with the following:

4-2 Using vulgar or insolent, verbal or written language or making obscene gestures in the presence of, or toward a staff member or other inmate.

3-1 Inciting or attempting to incite riots, strikes, mutinous acts, or disturbances

Creating Officer: L. RICHARDSON  Time: 01/03/2024 15:24 / Updating Officer: L. RICHARDSON  Time: 01/03/2024 15:24

On Wednesday January 3, 2024, at approximately 0915 I, Lt. Richardson received a radio call from the Foxtrot officer Ofc. Bailey. He requested that I give him a phone call, I called the unit as requested. The officer explained that he had to push Offender Anthony Nelligar 125128 away from him due to the offender being "in his face", and the offender was lying on the floor in the unit vestibule. Sgt. Mines and I started to the unit and met Maj. Little and Cpt. Wynne in the main hallway. After arriving to Foxtrot we could see the offender lying on the floor holding his neck complaining of pain and stating, "I can't walk". After some communication with Maj. Little the offender stood up was handcuffed and walked to the medical area to be assessed.

He was temporally secured in Infirmary cell 114 until the medical area was clear of Foxtrot offenders who were in the front of the medical area. Offender Nelligar had entered the medical unit and began using profanity and assaultive language toward the offenders from Foxtrot unit. He was later seen by the medical staff and cleared to return to general population. He was reassigned to Bravo 117 per Maj. Little Prehearing status. The offender's property was searched and returned to him.

After review of the camera Offender Nellligar exited Foxtrot cell 120 and approached Ofc. Bailey in an aggressive manner and entered his personal space. From viewing the camera footage Ofc. Bailey safety appeared to be at risk and he (Ofc. Bailey) reacted using minimal force to neutralize the threat. I Ofc. Bailey's actions and agree with his charges.

The charge
3-1 Inciting or attempting to incite riots, strikes, mutinous acts, or disturbances.

Will be changed to
3-2 Participating in riots, strikes, mutinous acts, or disturbances.

| | | |
|---|---|---|
| Incident #: 2300003682 | Creator: C. Bailey | Date: 01/03/2024 09:42 |
| Status: CLOSED | Closed By: L. RICHARDSON | Closed Date: 01/03/2024 00:00 |
| Cell: | Location: F Hsg | |

The offender was served a Notice of Pending Disciplinary Charges

_____
Signature

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes

Sue ofc Bailey et al. in their individual professional capacity (one million) $1,000,000.00 pain suffering + embaressment
Injunctive relief: ofc Bailey to be relieved of duty at V.P.R.J, + free from retaliation from all V.P.R.J. Employees

G. If this case goes to trial, do you request a trial by jury?   Yes ✓   No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: 1/7/2024   SIGNATURE: Anthony Wade Nelligar

VERIFICATION:

I, Anthony Wade Nelligar, state that I am the plaintiff in this action, and I know the content of the above complaint, that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 1/7/2024   SIGNATURE: Anthony Wade Nelligar

Anthony Nelligar 125-128
9320 Merrimac Trail
Williamsburg Va.
23185



Clerk of U.S. District Court
210 Franklin Rd. S.W. Suite 540
Roanoke, Va. 24011-2208

24011-220840